AO 240A (1/94)

**3**

United States District Court
Southern District of Texas
ENTERED

**AUG 2 7 1998**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

# United States District Court

SOUTHERN ——— **DISTRICT OF** ——— TEXAS

United States District Court
Southern District of Texas
FILED

AUG 27 1998

Michael N. Milby, Clerk of Court

CARLOS GARCIA

Plaintiff

**V.**

GARY JOHNSON

Defendant

## ORDER ON APPLICATION
## TO PROCEED WITHOUT
## PREPAYMENT OF FEES

CASE NUMBER:   C.A. B-98-080

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is:

☑ GRANTED.

☑ The clerk is directed to file the complaint.

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States. *Atty General notified.*

☐ DENIED, for the following reasons:

_____

_____

ENTER this ___25th___ day of ___AUG___, 19_98_.

_____
Signature of Judicial Officer
JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE

Name and Title of Judicial Officer