# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| CARLOS GARCIA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-080 |
| | § | |
| GARY JOHNSON | § | |

United States District Court
Southern District of Texas
ENTERED

JAN 04 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

Petitioner, Carlos Garcia, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2254. The Court has granted Mr. Garcia's motion to proceed in forma pauperis.. The State of Texas is hereby ordered to file a response and submit a copy of the state record by February 15, 1999.

DONE at Brownsville, Texas, this 4th day of January 1999.

John Wm. Black
United States Magistrate Judge