#7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| *CARLOS GARCIA,* | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-080 |
| | § | |
| *GARY L. JOHNSON, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF CRIMINAL* | § | |
| *JUSTICE'S INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

**O R D E R**

CAME ON TO BE HEARD Respondent Johnson's Motion for Extension of Time with Brief in Support, and the Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED and DECREED that Respondent Johnson's Motion for Extension of Time be GRANTED, and that the Respondent's time for filing a response to the habeas petition is hereby extended for thirty (30) days up to and including Wednesday, March 17, 1999.

It is so ORDERED.

SIGNED on this the 24 day of FEB, 1999.

_____
JUDGE PRESIDING