IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARLOS GARCIA, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-080 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE'S INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of August 31, 1999, should be **ADOPTED** and the Respondent's Motion for Summary Judgment is **GRANTED** and the Petitioner's Petition is **DISMISSED**.

DONE in Brownsville, Texas, on this 5th day of November 1999.

_____
Filemon B. Vela
United States District Judge